

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2021

No. 04-21-00322-CV

**WINDSOR VILLAGE SA INVESTORS, LLC,**
Appellant

v.

**BRASS SMALL BALANCE MULTI-FAMIY, LLC** and Trinity Title Texas, LLC d/b/a
Thomas Title & Escrow,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-07135
Honorable Laura Salinas, Judge Presiding

# O R D E R

On October 8, 2021, because the clerk's record did not contain a final judgment signed by the trial court or other appealable order, we ordered Appellant to show cause why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

Subsequently, a supplemental clerk's record was filed containing a final judgment.

Our October 8, 2021 show cause order is satisfied. We reinstate the appellate timetable. The reporter's record is due on October 29, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court